**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Henry Hickson
Gar 4-R-#13 DOC No. 369635
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: February 1, 2017**

**Docket Number: 16   00384-KH**

**STATE OF LOUISIANA**
**VERSUS**
**HENRY HICKSON**

**Writ Application from Calcasieu Parish Case No. 16689-95**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Marc T. Amy**
**D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Henry Hickson** is:

**REHEARING DENIED.**  See Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent